UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAGANI P. DELA PENA JR., | ) | No. CV 11-8492-R (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| R. PHILLIP GUTTIERREZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: December 28, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE